**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rolandus Demetrius PIPKIN,
Defendant—Appellant.**

**No. 11–7175.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 3, 2012.

Rolandus Demetrius Pipkin, Appellant Pro Se. Paul Alexander Weinman, Office of the United States Attorney, Winston–Salem, North Carolina, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rolandus Demetrius Pipkin appeals the district court's order denying his motion to modify the district court's judgment revoking his supervised release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pipkin,* No. 1:00–cr–00134–JAB–1 (M.D.N.C. July 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*